No. 4,885.—HARRIET W. BOULET, RESPONDENT, *v.* BUTTE MOTORS CAR CO., APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided June 20, 1921.

PER CURIAM.—On motion of respondent in the above-entitled cause, the appeal is dismissed.

*Mr. Harry Meyer,* for Appellant.

*Mr. John G. Brown,* for Respondent.